IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT KENNEDY, II and STEPHANIE KENNEDY, | * | |
| Plaintiffs, | * | |
| vs. | * | CASE NO.: CV-2007-____ |
| FLEETWOOD ENTERPRISES, INC., FLEETWOOD HOMES OF GEORGIA, INC., | * * | 1:07cv728-MEF |
| Defendants. | * | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to this Honorable Court's Order of January 14, 2000 to enable Judges and Magistrate Judges to avoid conflicts of interest, the undersigned counsel for Defendants, Fleetwood Enterprises, Inc. and Fleetwood Homes of Georgia, Inc., in the above captioned action, certify that the following are parents, subsidiaries and/or affiliates of said parties that have issued shares to the public.

Fleetwood Enterprises, Inc.

DATED this the 13th day of August, 2007.

JAMES H. CROSBY (CROSJ7501)
DAVID F. WALKER (WAL2617)
Attorneys for Defendants
Fleetwood Enterprises, Inc.
Fleetwood Homes of Georgia, Inc.

OF COUNSEL:
Crosby Saad, LLC

SCANNED

6404 Hillcrest Park Court
Mobile, Alabama 36695
Telephone: 251/476-3000
Facsimile: 251/776-5750
E-mail: jimcrosby@crosbysaad.com
       dwalker@crosbysaad.com