IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT KENNEDY, II, *et al.*, )<br>)<br>    Plaintiffs )<br>v. )<br>)<br>FLEETWOOD ENTERPRISES, INC., *et al.*)<br>)<br>    Defendants. ) | CASE NO. 1:07-cv-728-MEF |

# **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc. #4) filed on September 13, 2007, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before October 2, 2007. The plaintiffs may file a reply brief on or before October 9, 2007.

DONE this 19th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE