## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT KENNEDY, II and** | ) |
| **STEPHANIE KENNEDY,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) **Civil Action No.: 1:07cv728** |
| **v.** | ) |
| | ) |
| **FLEETWOOD ENTERPRISES, INC.;** | ) |
| **FLEETWOOD HOMES OF GEORGIA, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

### CONFLICT DISCLOSURE STATEMENT

COME NOW Robert Kennedy, II and Stephanie Kennedy, Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

These parties are individuals and are not aware of any reportable relationships.

/s/ C. Lance Gould
C. LANCE GOULD (ASB-0913-G66C)
Attorney for Plaintiff

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
Attorneys at Law
Post Office Box 4160
Montgomery, AL 36103-4160
(334) 269-2343
(334) 954-7555 (fax)

## CERTIFICATE OF SERVICE

  I hereby certify that I have electronically filed the original of the foregoing document in this Court and served a copy upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 4th day of December, 2007.

/s/ C. Lance Gould
OF COUNSEL

James H. Crosby
David F. Walker
CROSBY SAAB, LLC
6404 Hillcrest Park Court
Mobile, Alabama 36695