IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT KENNEDY, II., et al.** ) | |
| ) | |
| **Plaintiffs** ) | |
| v. ) | CASE NO. 1:07-cv-728-MEF |
| ) | |
| **FLEETWOOD ENTERPRISES, INC., et al.** ) | UNOPPOSED |
| ) | |
| **Defendants.** ) | |

## MOTION TO STAY-PENDING SETTLEMENT

**COME NOW** Plaintiffs, Robert Kennedy and Stephanie Kennedy, and with consent of all parties, move for a stay of this action pending the settlement, and as grounds therefore state as follows:

1. This case is one of several similar cases filed in this state and other states with regard to wallboard issues in manufactured housing.

2. A tentative settlement agreement has been reached in this and over 100 similar such matters.

3. The parties request a stay of ninety (90) days in order to consummate the settlement and obtain signatures on the settlement documentation and releases.

4. The parties represent to the Court that should this case not settle, counsel will provide to the Court on or before the expiration of the ninety (90) day period a joint proposed scheduling order.

5. No party will be prejudiced by the stay of this case and all deadlines.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray that this case will be stayed for ninety (90) days, pending settlement, and for such and other different relief as is just.

1

/s/ C. Lance Gould           _
C. LANCE GOULD (ASB-0913-G66C)
Attorney for Plaintiffs

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
Attorneys at Law
Post Office Box 4160
Montgomery, AL  36103-4160
(334) 269-2343
(334) 954-7555 (fax)

## CERTIFICATE OF SERVICE

     I hereby certify that I have electronically filed the original of the foregoing document in this Court and served a copy upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 8th day of May, 2008.

/s/ C. Lance Gould
OF COUNSEL

James H. Crosby
David F. Walker
CROSBY SAAB, LLC
6404 Hillcrest Park Court
Mobile, Alabama 36695