IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT KENNEDY, II, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 1:07-cv-728-MEF |
| | ) | |
| FLEETWOOD ENTERPRISES, INC., | ) | |
| *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the plaintiffs' Motion to Stay (Doc. #13) filed on May 8, 2008,

it is hereby

ORDERED that the motion is GRANTED to and including August 20, 2008.

DONE this the 20th day of May, 2008.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE